# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2022

*The Court of Appeals hereby passes the following order:*

## A22A0680. LEON POOLE v. MARK RING.

This case originated as a dispossessory proceeding in magistrate court.  The magistrate court issued a writ of possession and ordered Leon Poole to pay past due rent and costs to Mark Ring. Poole filed a notice of appeal to the superior court, and Ring moved to dismiss the appeal upon Poole's failure to pay the past rent. On October 26, 2021, the trial court dismissed the appeal, and Poole filed his notice of appeal on November 24, 2021.  We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Poole was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). The failure to do so deprives us of jurisdiction over this appeal.

Furthermore, OCGA § 44-7-56, which governs dispossessory actions, requires that an appeal from a dispossessory ruling be filed within seven days of the date judgment was entered. In this case, the notice of appeal was filed 29 days after the trial court's order. Therefore, the appeal is untimely.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   01/10/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*